**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ 1st  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Gustavo Jesus Gonzalez    JOINT DEBTOR: _____    CASE NO.: 15-11819-RAM
Last Four Digits of SS#    4529    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 460.78 for months 1 to 3;
- B. $ 479.92 for months 4 to 60;
- C. $ _____ for months ___ to ___; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 +150.00 Costs    TOTAL PAID $ 1,300.00
                   Balance Due- $ 2,350.00 payable $ 391.67 /month (Months 1 to 6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment  $ ____ /month (Months ___ to ___)
Regular Payment  $ ____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
                       Payable  $ _____ /month (Months ___ to ___)

Unsecured Creditors:    Pay $ 23.03 month (Months 1 to 3)
                        Pay $ 40.26 month (Months 4 to 6)
                        Pay $ 431.93 month (Months 7 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Chase Manhattan Mortgage (Homestead/Mortgage) is being paid outside the chapter 13 plan. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date:    3/16/2015

LF-31 (rev. 01/08/10)